UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERIC FLORES

        v.                                                                            C.A. 15-436 ML

UNITED STATES ATTORNEY GENERAL
FEDERAL BUREAU OF INVESTIGATION

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on October 21, 2015 (Docket #5). No objection has been filed and the time for doing so has passed. This Court has reviewed the Report and Recommendation and the Complaint filed by Plaintiff. This Court agrees with the Magistrate Judge's assessment that the Complaint is "frivolous" within the meaning of 28 U.S.C. § 1915(e)(2)(B). Accordingly, this Court adopts the Report and Recommendation in its entirety. The Complaint is DISMISSED. Further, because this Plaintiff appears to be a "serial filer" who has already been restricted by the Supreme Court from filing any future IFP petitions in civil matters, he is enjoined from filing any future Complaints in this court without first seeking leave to do so from this court.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Senior United States District Judge
November 20, 2015